UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**ADELIA RAMOS DE ALMEIDA,**

                          **Plaintiff,**                      **24-CV-10055 (JHR) (VF)**

              **-against-**                             **ORDER**

**AMERICAN AIRLINES, INC.**

                          **Defendant.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Plaintiff's deadline to serve the complaint was March 23, 2025. To date, Plaintiff has not filed a certificate of service to the docket. Plaintiff is granted an extension to serve to **April 18, 2025**. Plaintiff is directed to file a certificate of service to the docket by that date. Plaintiff is advised that if Plaintiff does not file a certificate of service by **April 18, 2025** or otherwise seek an extension of time to do so, the Court will recommend that the case be dismissed for failure to prosecute.

                **SO ORDERED.**

DATED:    New York, New York
               April 2, 2025

                                                VALERIE FIGUEREDO
                                                United States Magistrate Judge