UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**ADELIA RAMOS DE ALMEIDA,**

                  **Plaintiff,**             24-CV-10055 (JHR) (VF)

    -against-                                    **ORDER**

**AMERICAN AIRLINES, INC.**

                  **Defendant.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Plaintiff's deadline to serve the complaint was March 23, 2025. When Plaintiff failed to file a certificate of service by that date, the Court *sua sponte* extended Plaintiff's time to serve to April 18, 2025. See ECF No. 7. To date, Plaintiff has not filed a certificate of service to the docket. Plaintiff is granted a final extension to serve and is directed to file a certificate of service by **May 30, 2025**. Plaintiff is warned that failure to timely serve the Defendant may result in dismissal of the case for failure to prosecute. See Fed. R. Civ. P. 41(b).

                **SO ORDERED.**

DATED:     New York, New York
              April 23, 2025

                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge