**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------------X**

**ADELIA RAMOS DE ALMEIDA,**

                                **Plaintiff,**                        **24-CV-10055 (JHR) (VF)**

                -against-                                            **ORDER**

**AMERICAN AIRLINES, INC.**

                                **Defendant.**

**-----------------------------------------------------------------X**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        The waiver of service filed by Plaintiff at ECF No. 10 was not executed by

Defendant, and therefore does not demonstrate that Defendant waived service of process.

Plaintiff must serve Defendant with the summons and complaint by **July 20, 2025** in a

manner that is consistent with the Rules of Service in Federal Rule of Civil Procedure 4,

which Plaintiff can reference on the Court's website under the section for pro se litigants.

                **SO ORDERED.**

DATED:        New York, New York
                April 25, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge