USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADELIA RAMOS DE ALMEIDA,

                Plaintiff,

-v.-

AMERICAN AIRLINES, INC.,

                Defendant.

24 Civ. 10055 (JHR) (VF)

ORDER

---

JENNIFER H. REARDEN, District Judge:

    Plaintiff Adelia Ramos de Almeida brought this action on December 23, 2024.  *See* ECF No. 1.  On April 15, 2025, Defendant American Airlines, Inc. moved to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  *See* ECF No. 14.  On June 6, 2025, Plaintiff filed an amended complaint.  *See* ECF No. 19.  Accordingly, Defendant's motion to dismiss the complaint, ECF. No. 14, is hereby DENIED as moot.  *See* ECF No. 18.

    The Clerk of Court is directed to terminate ECF No. 14.

    SO ORDERED.

Dated:  June 9, 2025
         New York, New York

                                          _____
                                          JENNIFER H. REARDEN
                                          United States District Judge